UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RONALD DWAYNE WHITFIELD | § | |
| | § | |
| v. | § | C.A. NO. C-06-120 |
| | § | |
| PRESIDENT GEORGE W. BUSH, ET AL. | § | |

### MEMORANDUM OPINION AND ORDER OF DISMISSAL

On May 12, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 10). Objections were timely filed (D.E. 11, 12). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's action is dismissed without prejudice. Plaintiff's motions for extension of time (D.E. 5, 7), for an evidentiary hearing (D.E. 8), and to consolidate (D.E. 9) are denied as moot.

ORDERED this     13     day of     June    , 2006.

_____
HAYDEN HEAD
CHIEF JUDGE